No. 7,120.—COMMONWEALTH PUBLIC SERVICE COMPANY OF MONTANA, PLAINTIFF AND APPELLANT, *v.* CITY OF DEER LODGE ET AL., DEFENDANTS AND RESPONDENTS.

Decided March 17, 1933.

PER CURIAM.—Appellant's motion to dismiss its appeal from an order denying an interlocutory injunction is granted and the appeal is dismissed.

*Messrs. Gunn, Rasch, Hall & Gunn* and *Mr. H. W. MacPherson,* for Appellant.

*Mr. S. P. Wilson, Mr. Walter P. Pope* and *Messrs. Cooper, Stephenson & Hoover,* for Respondents.